El Pueblo, Demandante y Apelado, *v.* López, Acusado y Apelante.

Apelación procedente de la Corte de Distrito de Ponce en causa por adulteración de leche.

No. 2069.—Resuelto en julio 28, 1923.

Venta de Leche Adulterada—Prueba de la Venta—Insuficiencia de Prueba. Una sentencia por venta de leche adulterada, que tiene por base el testimonio no corroborado de un inspector de sanidad que repetidamente elude contestar satisfactoriamente si vió al acusado vender la leche adulterada, no debe prevalecer.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. A. Torres Córdova.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Asociado Sr. Hutchison, emitió la opinión del tribunal.

El apelante fué acusado de haber vendido leche de vaca adulterada, habiendo sido declarado culpable del delito imputado. Prácticamente la única prueba tendente a demostrar una venta es la manifestación hecha por un Inspector de Sanidad, de la cual transcribimos lo siguiente:

"Este joven tenía dos porrones de leche en la mano, en envases de cristal y yo estaba tomando una muestra de leche en el depósito de José Sandoval y llegó él con la leche y me dijo: 'yo quiero que Vd. examine esta leche,' entonces yo le dije: 'espérese un momentito en lo que acabo de terminar la recolección de estas muestras para complacerlo'; después que terminé, tomé la leche de él y me estuvo muy sospechosa de estar adulterada, entonces tomé muestras oficiales y determiné la responsabilidad sobre él en virtud de que él tiene un affidavit jurado ante notario en la oficina para dedicarse a la venta de leche: ¿Vd. le vió vender leche ese día? R. Después que le tomé la muestra él vendió la leche. Defensor: Pedimos que se elimine lo del affidavit, porque la mejor prueba es el affidavit. Juez.—Se ordena la eliminación. Fiscal: ¿Vd. lo vió vender leche? R.—Después que tomé la muestra vendió la leche. ¿Qué leche fué la que vendió? R.—Era un porrón

de envase de aceitunas. ¿Fué la misma leche de la cual Vd. tomó la muestra? R.—Sí, señor; de la misma que yo tomé la muestra. P.—¿Ud. le permitió venderla? R.—Yo se la devolví y él la vendió. ¿Aquí en Ponce? R.—En Ponce. ¿Bajo qué número mandó esa muestra al laboratorio químico? R.—Bajo el número 31538. Defensor: ¿Dice Vd. que le vió vender leche a él? R.—Después que yo le tomé su muestra, él vendió el resto de la leche. ¿A quién se la vendió? R.—El se la vendió allí en la calle a distintas personas (digo) familias. ¿Habían muchas familias allí? Sí. Tomó el nombre de algunas de ellas? R.—No tenía ninguna necesidad. ¿No recuerda ninguna? R.—No recuerdo. ¿Vd. bajo el juramento que ha prestado, está seguro que él vendió leche? R.—Que vendió leche. ¿Pero en ese día, la leche esa que Vd. ocupó? R.—Vendió la leche de la cual sobró. ¿La denuncia que Vd. juró antes fué por vender o por otra cosa? R.—Porque vendió leche adulterada. ¿La denuncia jurada por Vd. ante el Fiscal es ésta? Lea lo que dice. R.—El acusado de referencia voluntaria, maliciosa e ilegalmente vendió leche de vaca adulterada con agua ambulante por las calles de Ponce. ¿Vd. lo vió vender esa leche o lo vió ambular por las calles de Ponce? R.—Después que yo tomé las muestras de leche, la que sobró él la vendió. ¿Vd. vió alguna persona, conoce alguna persona que él le vendiera leche? R.—Como él andaba en un carrito de caballo . . . . ¿En qué calle de Ponce ocurrió eso? R.—Eso fué en la calle Húcar, Intendente Ramírez.—¿Vd. dice que él tenía dos purrones de leche? R.—El llevó dos envases.—¿Dice Vd. que se encontraba en un depósito y él voluntariamente se presentó a que V. le examinara la leche? R.—El voluntariamente me llevó la leche. ¿Así es que Vd. no túvo que ir donde él? R.—Nada.''

Dos veces por el fiscal y tres por la defensa fué interrogado este testigo si vió al acusado vender alguna parte de la leche en cuestión; y cinco veces en menos de cinco minutos el testigo eludió la cuestión. Las condenas fundadas en tal prueba no corroborada y que en su propia faz llevan el distintivo de su misma desconfianza, no puede permitirse que prevalezcan.

Todas las demás circunstancias en el caso fueron si acaso más bien favorables que adversas al acusado.

Véase también el caso de *El Pueblo* v. *Martínez,* resuelto en julio 19 de 1923.

Debe revocarse la sentencia apelada.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Franco Soto.